IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-60256
Summary Calendar

_____


JUAN CARLOS MEDA-JUAREZ,

Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

- - - - - - - - - -
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A75-290-576
- - - - - - - - - -
March 1, 2000

Before DAVIS, DUHÉ and DeMOSS, Circuit Judges.

PER CURIAM:[1]

Juan Carlos Meda-Juarez (Meda) petitions this court to review an order of the Board of Immigration Appeals ("BIA") denying his applications for political asylum and withholding of deportation. We have reviewed the record and the briefs and determine that the BIA's denials of Meda's applications for asylum and withholding of deportation are supported by substantial evidence. Ozdemir v. INS, 46 F.3d 6, 7-8 (5th Cir. 1994).

The petition for review is DENIED.

_____

[1] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.